UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80211-Cr-Rosenberg/Reinhart

21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)(i)
21 U.S.C. § 853(a)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

KRISTIAN GARRETT FERRERA,

Defendant.
_____/

FILED BY __TM__

Oct 31, 2018

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

## INFORMATION

The United States Attorney charges that:

### COUNT 1
**Possession of a Controlled Substance with the Intent to Distribute It**
**21 U.S.C. § 841(a)(1)**

On or about August 22, 2018, in Palm Beach County, in the Southern District of Florida, the defendant,

**KRISTIAN GARRETT FERRERA,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

## COUNT 2
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### 18 U.S.C. § 924(c)(1)(A)(i)

On or about August 22, 2018, in Palm Beach County, in the Southern District of Florida, the defendant,

**KRISTIAN GARRETT FERRERA,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, an offense for which the defendant may be prosecuted in a court of the United States, specifically, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 1 of this Information, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Information are re-alleged and incorporated herein by reference for the purpose of alleging forfeiture to the United States of America of property in which the defendant has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841(a)(1), as alleged in this Information, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, including, but not limited to,

    a.    One Glock 43 9mm Pistol, serial number BAKL889

    b.    One Mossberg 12 Gauge Model 500A Shotgun, serial number P081378

    c.    One Beretta CX4 .45 Caliber Rifle, serial number CK10531

    d.    One Saiga 5.45X39 caliber Rifle with Optic, serial number H098993046L

    e.    One Stag Arms Model Stag 15 5.56 caliber Rifle, serial number 28973

    f.    One Aero Precision Model AP15 Multi Caliber Rifle, serial number US47307

g. One Kimber Ultra Raptor II .45 Caliber Pistol, serial number KU189272

h. One Silencer Co. OMEGA Silencer, serial number OMG-31270

i. One Remington 870 magnum 12 Ga Shotgun, serial number DU820673

j. One Savage Arms Stevens Model 94 20 Ga Shotgun, serial number P903789

k. One IO, Inc. Sporter 7.62X39 Caliber Rifle, serial number S002138

l. One Browning Arms 7mm Rifle, serial number 29154M8

m. One Remington 700 .308WIN Caliber Rifle, serial number RR99168F

n. One Weatherby Mark V .340WM Caliber Rifle, serial number H168722

o. One Ruger M77 Hawkeye 7mm Remington Rifle, serial number 711-47147

p. One Remington 870 Express Magnum 12 Ga Shotgun, serial number AB169354M

q. One Glock 19 9mm Pistol, serial number BGU487

r. One Magnum Research Inc. Desert Eagle .45 Caliber Pistol, serial number 36305151

s. One Sig Sauer Mosquito .22LR Pistol, serial number F032197

t. One Sig Sauer 1911 .45 Caliber Pistol, serial number GS78521

u. One Advanced Armament Co Silencer, serial number TR45K01064

v. One Taurus .357 Caliber Revolver, serial number PTT94736

w. All ammunition seized on August 22, 2018 from the defendant's residence, 617 S. Swinton Ave, Delray Beach, Florida, and from one 2002 Ford F350, VIN 1FTSW31F92EB46771

x. $125,590 in United States currency seized on August 22, 2018 from the defendant's residence, 617 S. Swinton Ave, Delray Beach, Florida

y. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 617 S. Swinton Ave, Delray Beach, Florida, and more particularly described as

> Lot 3, Anderson Block, a subdivision according to the plat thereof recorded at Plat Book 22, Page 45, in the Public Records of Palm Beach County, Florida. Together with the

3

> west one half of the abandoned alley lying east of and adjacent to the property which was abandoned by Resolution No. 32-00, recorded at Official Records Book 11730, page 1660, in the Public Records of Palm Beach County, Florida.

Pursuant to Title 21, United States Code, Section 853(a).

3. Upon conviction of a violation of Title 18, United States Code, Section 924, as alleged in this Information, the defendant shall forfeit to the United States of America any firearm involved in or used in the commission of such violation, including, but not limited to,

    a. One Glock 43 9mm Pistol, serial number BAKL889

    b. One Mossberg 12 Gauge Model 500A Shotgun, serial number P081378

    c. One Beretta CX4 .45 Caliber Rifle, serial number CK10531

    d. One Saiga 5.45X39 caliber Rifle with Optic, serial number H098993046L

    e. One Stag Arms Model Stag 15 5.56 caliber Rifle, serial number 28973

    f. One Aero Precision Model AP15 Multi Caliber Rifle, serial number US47307

    g. One Kimber Ultra Raptor II .45 Caliber Pistol, serial number KU189272

    h. One Silencer Co. OMEGA Silencer, serial number OMG-31270

    i. One Remington 870 magnum 12 Ga Shotgun, serial number DU820673

    j. One Savage Arms Stevens Model 94 20 Ga Shotgun, serial number P903789

    k. One IO, Inc. Sporter 7.62X39 Caliber Rifle, serial number S002138

    l. One Browning Arms 7mm Rifle, serial number 29154M8

    m. One Remington 700 .308WIN Caliber Rifle, serial number RR99168F

    n. One Weatherby Mark V .340WM Caliber Rifle, serial number H168722

    o. One Ruger M77 Hawkeye 7mm Remington Rifle, serial number 711-47147

    p. One Remington 870 Express Magnum 12 Ga Shotgun, serial number AB169354M

    q. One Glock 19 9mm Pistol, serial number BGU487

  r.  One Magnum Research Inc. Desert Eagle .45 Caliber Pistol, serial number 36305151

  s.  One Sig Sauer Mosquito .22LR Pistol, serial number F032197

  t.  One Sig Sauer 1911 .45 Caliber Pistol, serial number GS78521

  u.  One Advanced Armament Co Silencer, serial number TR45K01064

  v.  One Taurus .357 Caliber Revolver, serial number PTT94736

Pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 21, United States Code, Section 853(a)(2), Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5861(d), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

*[signature]*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*[signature]*
MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| KRISTIAN GARRETT FERRERA, | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| _____ Defendant.   / | **Superseding Case Information:** |

**Court Division**: (Select One)

☐ Miami     ☐ Key West
☒ FTL       ☒ WPB     ☐ FTP

New Defendant(s) Number   Yes ☐   No ☐
of New Defendants Total   _____
number of counts          _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0  to 5 days    ☒         Petty     ☐
   II   6  to 10 days   ☐         Minor     ☐
   III  11 to 20 days   ☐         Misdem.   ☐
   IV   21 to 60 days   ☐         Felony    ☒
   V    61 days and over ☐

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: (Attach copy of dispositive order)   Case No. _____
   Has a complaint been filed in this matter? (Yes or No)   Yes
   If yes: Magistrate Case No.   18-8374-DLB
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   08/23/2018
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle) ?   Yes ☐   No ☒

8. Does this case originate from a matter pending in the Northern Region US Attorneys Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ☐   No ☒

/s/ Marc Osborne

MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500796

\*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** __KRISTIAN GARRETT FERRERA__

**Case No:** _____

Count #: 1

Possession with the Intent to Distribute a Controlled Substance

21 U.S.C. § 841(a)(1)

* **Max.Penalty:** 5 years' incarceration; 2 years' and up to life on supervised release; $250,000 fine; $100 special assessment

Count #: 2

Possession of a Firearm in Furtherance of a Drug Trafficking Crime

18 U.S.C. § 924(c)(1)(A)(i)

* **Max.Penalty:** At least 5 years' incarceration and up to life in prison, which must run consecutive to any other term of imprisonment imposed; 5 years' supervised release; $250,000 fine; $100 special assessment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| Kristian Garrett Ferrera, ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____Howard J. Schumacher_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

__Bruce E. Reinhart, United States Magistrate Judge__
*Judge's printed name and title*